**Approved.**
**It is SO ORDERED.**
**s/***Dan Aaron Polster*
**U.S. District Judge**
**March 19, 2020**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DUSTIN MCWILLIAMS**, on behalf of himself and all others similarly situated, | Case No. 1:20-cv-00253 |
| Plaintiff, | Judge Dan Aaron Polster |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **JSJ KLUB, LLC D/B/A HARRY BUFFALO**, | |
| Defendant. | |

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dustin McWilliams hereby dismisses this action without prejudice to refiling.

Respectfully submitted,

**NILGES DRAHER LLC**

*/s/ Jeffrey J. Moyle*
Jeffrey J. Moyle (0084854)
614 West Superior Avenue, Suite 1148
Cleveland, Ohio 44113
Telephone:	216-230-2955
Facsimile:	330-754-1430
Email:	jmoyle@ohlaborlaw.com

Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
7266 Portage St., N.W., Suite D
Massillon, Ohio 44646
Telephone:	330-470-4428
Facsimile:	330-754-1430
Email:	sdraher@ohlaborlaw.com
	hans@ohlaborlaw.com

*Counsel for Plaintiff*